IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| MONTANA MUNICIPAL INTERLOCAL AUTHORITY,<br><br>Plaintiff,<br><br>vs.<br><br>MONTANA STATE FUND, and MARSH MCLENNAN AGENCY<br><br>Defendants. | CV 25-35-H-KLD<br><br>ORDER OF RECUSAL |

I hereby recuse myself from this matter on the ground that I was previously a partner at the law firm of Garlington, Lohn, and Robinson. Accordingly, I ask that this case be reassigned.

DATED this 21st day of April, 2025.

_____
Kathleen L. DeSoto
United States Magistrate Judge